UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RENE HERIBERTO PAZ-RAUDALES,<br><br>    Defendant. | Case No. MJ24-55 MAT*SEALED*<br><br>DETENTION ORDER |

Defendant Rene Heriberto Paz-Raudales is charged with deported alien reentering without consent, 8 U.SC. § 1326(a). The Court held a detention hearing on February 1, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2), as Mr. Paz-Raudales is stipulated to detention and therefore stipulated to a serious risk of flight.

2. Mr. Paz-Raudales stipulated to detention.

3. Mr. Paz-Raudales was not interviewed by Pretrial Services. Therefore, there is

DETENTION ORDER - 1

limited information available about him.

4. Mr. Paz-Raudales poses a risk of nonappearance due to his association with aliases, immigration status, and failure to comply with previous orders. Mr. Paz-Raudales poses a risk of danger due to the nature of the instant offense and pattern of similar criminal conduct. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Paz-Raudales's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Paz-Raudales shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Paz-Raudales shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Paz-Raudales is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Paz-Raudales, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of February, 2024.

1
2
3       _____
        MICHELLE L. PETERSON
        United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

DETENTION ORDER - 3