Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 14 20 24

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

RENE HERIBERTO PAZ-RAUDALES,

Defendant.

NO. **CR24-032** KKE

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Reentry of Removed Alien)

On or about January 14, 2024, in Whatcom County, within the Western District of Washington, RENE HERIBERTO PAZ-RAUDALES, an alien, a native and citizen of Honduras, was found in the United States after having been removed therefrom on or about June 13, 2001, at or near Phoenix, Arizona, and after knowingly and voluntarily reentering the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Indictment - 1
*United States v. Paz-Raudales*
USAO No. 2024R00130

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    All in violation of Title 8, United States Code, Section 1326(a).

2

3

4                                              A TRUE BILL:

5

6                          DATED:  2/14/24

7                                              *Signature of Foreperson redacted pursuant*
                                               *to the policy of the Judicial Conference of*
8                                              *the United States.*

9
                                               _____
10                                             FOREPERSON

11   _____
     TESSA M. GORMAN
12   United States Attorney

13

14   _____
     AMY JAQUETTE
15   Assistant United States Attorney

16

17   _____
     CRYSTAL C. CORREA
18   Assistant United States Attorney

19

20

21

22

23

24

25

26

27

Indictment - 2
*United States v. Paz-Raudales*
USAO No. 2024R00130

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970